UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALEM BAQALAQL,<br><br>                   Plaintiff,<br><br>         v.<br><br>L. FRANCIS CISSNA, DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; EMILIA BARTINI, DIRECTOR OF SAN FRANCISCO ASYLUM OFFICE OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; WILLIAM BARR, U.S. ATTORNEY GENERAL; CHRISTOPHER ASHER WRAY, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATIONS; UNITED STATES OF AMERICA<br><br>                   Defendants. | CASE NO. C19-0667 RSM<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL |

## **JOINT STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree that United States Citizenship and Immigration Services ("USCIS") adjudicated Plaintiff's asylum application on August 5, 2019. Accordingly, because the claims are now moot, the parties hereby jointly move

the Court for an order dismissing the Complaint without claim of either party for attorney's fees or costs.

Dated this 13th day of August, 2019.

BRIAN T. MORAN
United States Attorney

GIBBS HOUSTON PAUW

 /s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA No. 28533
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Priscilla.Chan@usdoj.gov

 /s/    Robert Pauw
ROBERT PAUW, WSBA No. 13613
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104
Phone: 206-682-1080
Email:  rpauw@ghp-law.net

Attorney for Plaintiffs

Attorneys for Defendants

## **ORDER**

**IT IS HEREBY ORDERED** that this case is dismissed without an award of costs to either party.

Dated this 16th day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE